JS-6

FILED
CLERK, U.S. DISTRICT COURT
May 31, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIKA SHISHMANIAN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARS NATIONAL SERVICES INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. **2:17-cv-00608-SJO-AJW**<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 26th day of May, 2017.

*S. James Otero*

_____
The Honorable Judge S. James Otero